842 A.2d 148

IN THE MATTER OF FRANCIS R. MONAHAN, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 047341989).

March 2, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)and *Rule* 1:20–11, recommending that **FRANCIS R. MONAHAN, JR.**, of **JERSEY CITY**, who was admitted to the bar of this State in 1990, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **FRANCIS R. MONAHAN, JR.**, is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FRANCIS R. MONAHAN, JR.**, pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **FRANCIS R. MONAHAN, JR.**, be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.